**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| Xavier Laurens et al | ) | Case No: 16 C 4507 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Volvo Cars of North America, LLC et al | ) | |
| | ) | |

## <u>ORDER</u>

Status hearing and ruling on motion hearing held. Defendants' motion to strike Certain
Nonresident Putative Class Allegations [76] is denied. Plaintiffs' motion to transfer case to the
District of New Jersey [83] is granted. The clerk shall transfer this case forthwith. Civil case
closed.


(T: 00:05)


Date:   5/3/18                                    /s/ Judge Harry D. Leinenweber