

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 5/3/2018

Re: Laurens v. Volvo Cars of North America, LLC et al

USDC Case Number: 1:16-cv-04507

Dear Clerk:

Pursuant to the order entered by Honorable Harry D. Leinenweber, on 5/3/2018, the above record was electronically transmitted to the District of New Jersey.

                                    Sincerely,
                                    Thomas G. Bruton, Clerk

                                    By:    /s/ Peggy Klutcharch
                                           Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016